AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

Nathaniel Gold,
*Plaintiff*
v.

Cpt. Andrew Hayes, St. Matthews Police Dept.;
Ofc. Austin Arant, St. Matthews Police Dept.;
Ofc. Rosalyn W. Jones, St. Matthew Police;
Kenneth Hughes,
*Defendants*

Civil Action No.   5:13-cv-02720-JMC

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, Nathaniel Gold, shall take nothing of the defendant; Kenneth Hughes, from the complaint filed pursuant to 42 U.S.C. § 1983 and this action is dismissed without prejudice.

■ other: the plaintiff, Nathaniel Gold, shall take nothing of the defendants, Cpt. Andrew Hayes, Ofc. Austin Arant, and Ofc. Rosalyn W. Jones, as to the complaint filed pursuant to 42 U.S.C. §1983 and this action is dismissed with prejudice for lack of prosecution and for failure to comply with this court's orders pursuant to Rule 41(b).

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge, presiding, adopting the Report and Recommendation set forth by the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended defendant Kenneth Hughes be dismissed from the complaint without prejudice.

■ decided by the Honorable J. Michelle Childs, United States District Judge, adopting the Report and Recommendation set forth by the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended the dismissal of this action with prejudice against defendants Cpt. Andrew Hayes, Ofc. Austin Arant, and Ofc. Rosalyn W. Jones.

Date:  August 18, 2014

*ROBIN L. BLUME, CLERK OF COURT*

s/A. Buckingham

*Signature of Clerk or Deputy Clerk*